**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANISHA HUNTER, | Case No.:   2:25-cv-00766-DJC-CSK |
| Plaintiff, | |
| v. | Hon. Daniel J. Calabretta |
| FORD MOTOR COMPANY, ET AL., | **JUDGMENT** |
| Defendant. | |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff TANISHA HUNTER ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on February 3, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $80,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date:  February 26, 2026            /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

JUDGMENT