# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TANISHA HUNTER,
    Plaintiff,

v.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 2:25-cv-00766-DJC-CSK

**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

On March 10, 2026, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;

2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from March 26, 2026, to May 26, 2026; and

3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: March 10, 2026            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

-1-