Angel M. Baker (SBN: 227283)
Email: abaker@slpattorney.com
Email: emailservices@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff,
TANISHA HUNTER

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
Katherine P. Vilchez (SBN: 212179)
kvilchez@grsm.com
Trina M. Clayton (SBN: 204215)
tclayton@grsm.com
consumerwarrantyford@grsm.com
**GORDON REES SCULLY
MANSUKHANI**
315 Pacific Avenue
San Francisco, CA 94111
Telephone: 2135765000
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

TANISHA HUNTER,

   Plaintiff,

    v.

FORD MOTOR COMPANY,

   Defendant.

Case No.:   2:25-cv-00766-DJC-CSK

**ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

1

ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

On May 5, 2026, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from May 26, 2026, to July 27, 2026; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  May 5, 2026                    /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES