# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA HUNTER | Case No. 2:25-cv-00766-DJC-CSK |
| Plaintiff, | Hon. Daniel J. Calabretta |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff TANISHA HUNTER ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $9,750.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $9,750.00 to resolve attorneys' fees, costs, and expenses.

////

////

////

1

**ORDER**

3. Payment is to be made to counsel for Plaintiff by August 3, 2026. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  May 8, 2026                          /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

2

**ORDER**